IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01123-WDM-MJW

ABIGAIL SMITH,

    Plaintiff,

v.

XO COMMUNICATIONS,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 21, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge